### RAY v. GEORGIA POWER COMPANY.

McDONALD, J. After examination and consideration of the entire record in this case, the court is of the opinion that the trial court committed no errors in the rulings excepted to; and under the facts of the case there was no abuse of discretion in dissolving the injunction.

*Judgment affirmed. Beck, P. J., and Eve, McLaughlin, Stark, and Sutton, JJ., concur.*

No. 8485. AUGUST 15, 1931.

J. A. Beazley and P. H. Mitchell, for plaintiff.
Hawes Cloud, for defendant.